# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET   2ND FLOOR   NEW YORK   NY   10013
PHONE 212.620.0938   FAX 646.998.1972

May 16, 2017

**VIA ECF**

Magistrate Judge James L. Cott
500 Pearl St., Courtroom 21D
New York, NY 10007

      Re:    *Moya, et al. v. 688 10th Ave. Restaurant Corp., et al.*,
              **Case No, 16-CV-02972 (AT) (JLC) STATUS LETTER**

Dear Judge Cott:

    I am counsel to the defendants in this matter.

    We apologize for not writing earlier. I wish to respectfully advise the court that the parties have reached a settlement and that Plaintiff's counsel will be drafting a settlement agreement shortly.

    We thank you Honor for your consideration to the foregoing.

                                   Respectfully submitted,

                                   Lawrence Morrison

cc:    Plaintiff's Counsel (via ECF)